**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6944

ERIC EMANUEL TAYLOR,

Plaintiff - Appellant,

versus

JAMES W. BENTON, JR., Judge; JAMES W. HALEY,
JR., Judge; SAM W. COLEMAN, III, Senior Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:07-cv-00488-JCC)

Submitted: October 18, 2007        Decided: October 25, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Emanuel Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Emanuel Taylor appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Benton, No. 1:07-cv-00488-JCC (E.D. Va. filed June 5, 2007; entered June 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED